# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| PETER S. ELK LOOKS-BACK, | : | CIVIL ACTION NO. |
| BOP Reg # 13135-073, | : | 1:15-CV-03340-WSD-JCF |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UNNAMED, | : | PRISONER ACTION |
|     Defendant. | : | |

## MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION

On September 21, 2015, the Clerk docketed Plaintiff's two-page letter as a complaint seeking mandamus relief. (Doc. 1). On September 28, the Court ordered Plaintiff to do the following within 21 days, i.e., by October 19: (1) pay the $400.00 filing and administrative fees for this case or file a financial affidavit seeking leave to proceed *in forma pauperis* and (2) file an amended complaint. (Doc. 2). The Court warned Plaintiff that failure to submit the fee or affidavit within the 21-day time period might result in the dismissal of this action. (*Id.*). To date, Plaintiff has failed to comply with the Court's September 28 order.

**IT IS THEREFORE RECOMMENDED** that this case be **DISMISSED without prejudice** because, in violation of the Local Rules of this Court, Plaintiff has failed to obey a lawful order. *See* LR 41.3.A.(2), NDGa ("The court may, with or

without notice to the parties, dismiss a civil case for want of prosecution if [a plaintiff] shall, after notice, . . . fail or refuse to obey a lawful order of the court in the case[.]").

The Clerk is **DIRECTED** to withdraw the reference to the Magistrate Judge.

**SO RECOMMENDED** this 16th day of November, 2015.

                                      /s/ *J. CLAY FULLER*
                                      J. CLAY FULLER
                                      United States Magistrate Judge

AO 72A
(Rev.8/82)